*Pro Se 7 2023*

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

DEC 15 2025   **LS**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# 25-CV-06123-BHS

Roland Royal

Plaintiff(s),

v.

Northern Trust Corporation

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Jury Trial: ☑ Yes   ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Roland Royal |
| Street Address | 1127 63rd St. SE Unit 102 |
| City and County | Auburn, Pierce County |
| State and Zip Code | WA, 98092 |
| Telephone Number | 206-251-0793 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2016*

B.      Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Northern Trust Corporation |
| Job or Title *(if known)* | |
| Street Address | 50 S. LaSalle Street |
| City and County | Chicago, Cook County |
| State and Zip Code | IL, 60603 |
| Telephone Number | 312-630-6000 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

Pro Se 7 2016

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Northern Trust – Seattle Wealth Management |
| Street Address | 1301 2nd Ave., Suite 2600 |
| City and County | Seattle, King County |
| State and Zip Code | WA, 98101 |
| Telephone Number | 206-264-8000 |

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

*Pro Se 7 2016*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:
_____

☐ Relevant state law *(specify, if known)*:
_____

☐ Relevant city or county law *(specify, if known)*:
_____

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☑ Failure to promote me.

☑ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

Pro Se 7 2016

☑ Other acts *(specify)*:    Misrepresentation of position elimination / replacement

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

006/01/2024 - 02/15/2025

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race            Black / African American

☐    color

☑    gender/sex     Male

☐    religion

☐    national origin

☐    age *(year of birth)*            *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
Medical leave / stress-related health condition; disability leave

E.    The facts of my case are as follows.  Attach additional pages if needed.

I was hired by Northern Trust Corporation on July 3, 2023, as a Senior Account Manager in the Seattle Wealth Management office. I am a Black/African American male. During my employment, I was subjected to unequal treatment and discrimination based on race and sex. On October 29, 2024, I was informed my position was eliminated, but it was later reassigned, indicating pretext. Following a health-related event on November 17, 2024, I was on medical leave through February 15, 2025, when my employment ended. See Attachment A.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

Pro Se 7 2016

### IV.   EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

09/17/2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

09/19/2025

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.
☐   less than 60 days have elapsed.

### V.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

I request that the Court grant all appropriate relief, including but not limited to:
• Back pay, front pay, and lost benefits resulting from my termination.
• Compensatory damages for emotional distress, mental anguish, and harm to my health.
• Damages related to the employer's failure to accommodate my disability and retaliatory conduct.
• Punitive damages to deter and punish willful and reckless discrimination.
• Injunctive relief to prevent further discriminatory practices.
• Reasonable costs and any other relief the Court deem just and proper.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

*Pro Se 7 2016*

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/14/2025

Signature of Plaintiff

Printed Name of Plaintiff          Roland Royal

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

# EXHIBIT

# A

# EEOC Charge Statement – Roland Royal

I was hired by **Northern Trust** on **July 3, 2023** as a Senior Account Manager in the Seattle Wealth Management office. I had previously worked for Northern Trust in Chicago (2001–2007). I was directly recruited by **Jordon Voss (President, Pacific Northwest)**, who encouraged me to leave a stable position at Laird Norton with assurances of long-term opportunity at Northern Trust.

While employed, I was subjected to **workplace bullying and intersectional discrimination (race + gender)**. I was the only Black male in the office. Despite my qualifications and experience, I was singled out for termination while employees with less seniority, many hired after me, were retained and later promoted.

On **October 29, 2024**, Northern Trust notified me that my position was being eliminated effective **December 27, 2024**. This justification was false. My position was not eliminated—it was reassigned shortly afterward to **Carol Kuo (Asian female)**, who had been hired after me as an Investment Associate. This shows the reason for my termination was a pretext.

Following this notice, I suffered an **anxiety-related heart attack** on **November 17, 2024**, and was placed on Short-Term Disability until **February 15, 2025**. Northern Trust strategically delayed my official termination until the end of my disability leave.

I was pressured into signing a **severance waiver** under distress and false pretenses (being told my position was eliminated when in fact it was not). I contend that this waiver is invalid due to misrepresentation and the undue pressure of my medical crisis.

Key individuals responsible for these decisions include:

- **Scott Beetham (Senior Vice President & my direct manager)**
- **Jordon Voss (President, Pacific Northwest)** – recruiter and overseer of restructuring
- **Brandie Hammett (Managing Director, PNW)** – office head exercising operational control

This is not the first time I have experienced discrimination from Northern Trust. In **2007**, I filed an EEOC complaint against Northern Trust Wealth Management in Chicago for race-based discrimination and was issued a Right-to-Sue letter. The recurrence of these practices demonstrates a **pattern of ongoing discrimination against African American men** within Northern Trust.

I believe Northern Trust's actions constitute **race and gender discrimination, retaliation for filing internal complaints, wrongful termination under pretext, and interference with my disability rights**.

# EXHIBIT

# B

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/19/2025

**To:** Mr. Roland Royal
937 QUARTZ DR SW
NORTH BEND, WA 98045
Charge No: 440-2025-11592

EEOC Representative and email:    REBECCA DAVIES
SENIOR INVESTIGATOR SUPPORT ASSISTANT
REBECCA.DAVIES@EEOC.GOV

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-11592.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
09/19/2025
Amrith Kaur Aakre
District Director

Cc:
Elvia Tavera
Northern Trust Corporation
50 S LA SALLE ST
CHICAGO, IL 60603


Please retain this Notice for your records.